THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
James Wesley
 Boone, Appellant.
 
 
 

Appeal From Sumter County
George C. James, Jr., Circuit Court Judge

Unpublished Opinion No.  2011-UP-399
Submitted August 15, 2011  Filed August
 22, 2011

AFFIRMED

 
 
 
Appellate Defender Elizabeth A. Franklin-Best, of Columbia, for
 Appellant.
Attorney General Alan M. Wilson, Chief Deputy Attorney General John
 W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and Assistant
 Attorney General Christina J. Catoe, all of Columbia; and Solicitor Ernest A.
 Finney, III, of Sumter, for Respondent.
 
 
 

PER CURIAM:  James Wesley Boone appeals his sentence
 for armed robbery, arguing fourteen years' imprisonment was an abuse of
 discretion of the circuit court and cruel and unusual punishment.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities:  Roddy v.
 State, 339 S.C. 29, 36, 528 S.E.2d 418, 422 (2000) ("[W]here the
 [circuit court] satisfies the requirements of Boykin [v. Alabama, 395
 U.S. 238 (1969)], [it] is not further required to tell a defendant the [circuit]
 court is not bound by a negotiated plea agreement."); Brooks v State,
 325 S.C. 269, 272, 481 S.E.2d 712, 713 (1997) ("A sentence is not
 excessive if it is within statutory limitations and there are no facts
 supporting an allegation of prejudice against defendant.").
AFFIRMED.
FEW, C.J., THOMAS and KONDUROS, JJ., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.